[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13110
Non-Argument Calendar

_____

D.C. Docket No. 2:16-cr-00012-LGW-BWC-18

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TYRONE MIDDLETON,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(July 8, 2021)

Before WILLIAM PRYOR, Chief Judge, NEWSOM and ANDERSON, Circuit
Judges.

PER CURIAM:

Junita M. Holsey, appointed counsel for Tyrone Middleton, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Middleton has moved for appointment of new counsel or for leave to proceed *pro se*. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Middleton's conviction and sentence are **AFFIRMED**, and Middleton's motion for appointment of counsel or for leave to proceed *pro se* is **DENIED**.